UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 96-077ML DATE: June 8, 2005**

**TITLE: USA v. Moun Poth**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COU[illegible] Karen Zinni.**



**IN COURT**

---

**COUNSEL [illegible] [illegible]ie Browne - G[illegible]**
**[illegible] Jr.- for Deft**
**[illegible] U.S. [illegible]**

**PROCEEDINGS: [illegible] Revoca[illegible] [illegible]vised Release**
**[illegible]CIN[illegible]**

**An R&R has issued from USMJ David [illegible]rtin. [illegible]o objections to same have been filed. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court adopts the R&R in its entirety and imposes sentence as follows: 3 mos' imprisonment, followed by 57 mos' supervised release, with special conditions: deportation clause; if deft is not deported, he is to participate in Probation-approved substance-abuse treatment program, to include up to 72 drug tests per year. Deft is advised of his right of appeal. Deft is remanded.**